**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

JENNIFER FOX, individually and
on behalf of all others similarly situated,

**Case No. 1:26-cv-02870-MDB**

*Plaintiff*,

vs.

UNITED WHOLESALE MORTGAGE, LLC,

*Defendant*.
_____________________________________________/

# NOTICE OF SETTLEMENT

Plaintiff, Leanna Loginov, by and through undersigned counsel, hereby gives notice that the parties have reached a confidential settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Dated: August 7, 2026

**Shamis & Gentile, P.A.**
*/s/ Leanna Loginov*
Leanna Loginov
lloginov@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

*/s/ Leanna Loginov*
Leanna Loginov