**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

JENNIFER FOX, individually and on behalf of all others similarly situated,

*Plaintiff,*

**Case No. 1:26-cv-02870**

vs.

UNITED WHOLESALE MORTGAGE, LLC.,

*Defendant,*
_______________________________________________/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Jennifer Fox, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Jennifer Fox, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: August 31, 2026

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ *Leanna Loginov*
Leanna Loginov, Esq.
lloginov@shamisgentile.com
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

By: *<u>/s/ Leanna Loginov</u>*
Leanna Loginov, Esq.